### 9438. SMITH v. THE STATE.

BLOODWORTH, J. 1. When the excerpts from the charge of the court which are complained of in the motion for a new trial are viewed in the light of the whole charge and of the explanatory notes of the trial judge in approving the grounds of the motion, and in connection with the evidence and the statement of the defendant, no error appears therein. See *Deal* v. *State,* 145 *Ga.* 33 (88 S. E. 573); *Worley* v. *State,* 21 *Ga. App.* 787 (95 S. E. 304).

2. There was evidence sufficient to support the verdict of voluntary manslaughter.

> Judgment affirmed. Broyles, P. J., and Harwell, J., concur.
> DECIDED MARCH 12, 1918.

Conviction of manslaughter; from Macon superior court—Judge Littlejohn. November 27, 1917.

*R. L. Greer, Jule Felton,* for plaintiff in error.
*John A. Fort,* solicitor-general, contra.